**CT Corporation**

**Service of Process Transmittal**
05/03/2021
CT Log Number 539487111

| | |
|---|---|
| **TO:** | Stacy Walker<br>Fiesta Mart, Inc.<br>5444 Westheimer Rd, Suite 101<br>Houston, TX 77056 |
| **RE:** | Process Served in Texas |
| **FOR:** | Fiesta Mart, L.L.C.  (Domestic State: TX) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | GAYLA PERRY, PLTF. vs. FIESTA MART, L.L.C., DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # DC2105092 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/03/2021 at 03:05 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780127296590<br><br>Image SOP<br><br>Email Notification,  Stacy Walker  walkers@fiestamart.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / SS



## PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Mon, May 3, 2021 |
| **Server Name:** | Steve Friedenthal |
| | |
| Entity Served | FIESTA MART, L.L.C. |
| Agent Name | 0802179022 |
| Case Number | DC-21-05092 |
| Jurisdiction | TX |



| | |
|---|---|
| **FORM NO. 353-3 - CITATION**<br>**THE STATE OF TEXAS**<br>To:   FIESTA MART, LLC<br>      SERVING REGISTERED AGENT CT CORPORATION SYSTEM<br>      1999 BRYAN STREET SUITE 900<br>      DALLAS TX 75201<br>GREETINGS:<br>You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202. | **ESERVE**<br>**CITATION**<br><br>**DC-21-05092**<br><br>**GAYLA PERRY**<br>**vs.**<br>**FIESTA MART, LLC**<br><br>ISSUED THIS<br>**3rd day of May, 2021**<br><br>FELICIA PITRE<br>Clerk District Courts,<br>Dallas County, Texas<br><br>By: KARI MALONE, Deputy |

Said Plaintiff being **GAYLA PERRY**

Filed in said Court   against

**FIESTA MART, LLC**

For Suit, said suit being numbered **DC-21-05092**, the nature of which demand is as follows:
Suit on **PROPERTY** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 3rd day of May, 2021.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By __*Kari Malone*_____, Deputy
    KARI MALONE



**Attorney for Plaintiff**
**WALKER M DUKE**
ATTN DUKE LAW PC
325 N ST PAUL ST STE 2220
DALLAS TX 75201
214-965-8100
wduke@dukeseth.com

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-21-05092

Court No. 298th District Court

Style: GAYLA PERRY

vs.

FIESTA MART, LLC

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of_____,

20_____, by delivering to the within named _____

_____

each in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

|  |  |  |  |
|---|---|---|---|
| For serving Citation | $_____ | _____ |  |
| For mileage | $_____ | of _____ County, _____ |  |
| For Notary | $_____ | By _____ Deputy |  |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said  _____ before me this _____ day of _____, 20 _____,
to certify which witness my hand and seal of office.

_____

Notary Public _____ County _____

Case 1:21-cv-00092-H Document 1-2 Filed 05/21/21 Page 5 of 8 PageID 10

FILED
4/22/2021 4:23 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Gay Lane DEPUTY

1 CIT/ES

CAUSE NO. DC-21-05092 _____

| | | |
|---|---|---|
| GAYLA PERRY, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | 298th |
| V. | § | _____ JUDICIAL DISTRICT |
| | § | |
| FIESTA MART, L.L.C. | § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Gayla Perry and submits this, her Original Petition, and in support thereof would respectfully show the Court as follows:

### I. DISCOVERY CONTROL PLAN

Plaintiff intends to conduct discovery under Level 3

### II. PARTIES, JURISDICTION AND VENUE

Plaintiff Gayla Perry, is a an individual who resides in Dallas County, Texas.

Defendant Fiesta Mart, L.L.C., is a Texas limited liability company lawfully doing business in Texas. Defendant may be served through its registered agent for service, CT Corporation System at 1999 Bryan Street, Dallas, Texas, 75201.

The Court has jurisdiction over Plaintiff because she is a resident of Texas and Defendant because it is a Texas entity and conducts business in Texas. Venue of this case is proper in Dallas County, Texas because it is the county where the underlying events that led to this lawsuit occurred. The amount of damages sought are within this Court's jurisdictional limits. Plaintiff seeks monetary damages greater than $250,000.

### III. BACKGROUND FACTS

This lawsuit arises from a slip and fall accident that occurred on or about August 15, 2019,

at the Fiesta Mart store located at 1235 S. Josey Lane in Carrollton, Dallas County, Texas. Plaintiff was visiting the store, which was controlled, operated, and/or maintained by Defendant, for the purposes of purchasing groceries. As Plaintiff approached the register to purchase her items, she stepped in a puddle of water in front of the register and slipped and fell, causing serious bodily injuries. The premises in question was under the control of Defendant, and Defendant knew or reasonably should have known of the dangerous condition of the premises but did not eliminate the condition or warn Plaintiff of it.

## IV. CAUSE OF ACTION - PREMISES LIABILITY

An unreasonably dangerous condition existed on the premises owned, leased, operated, and/or controlled by Defendant at the time of the accident made the basis of this lawsuit; to wit, a wet, slippery floor with no warning signs. The wet area of the floor was in an area where customers, including Plaintiff, could be expected to walk. Defendant either knew or reasonably should have known of the condition. Defendant owed Plaintiff, an invitee, a duty to eliminate the unreasonably dangerous condition or warn Plaintiff of it. Unfortunately, Defendant did neither. As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff sustained severe bodily injuries.

## V. DAMAGES

As a result of Defendant's negligence, Plaintiff was seriously injured. Plaintiff's injuries and damages include but are not limited to the following:

1. Medical expenses. The medical expenses sustained by Plaintiff both in the past and to be incurred in the future.

2. Physical impairment. Plaintiff has suffered in the past and will suffer in the future physical impairment.

3. Mental anguish. Mental anguish suffered by Plaintiff both in the past and to be incurred in the future.

4. Pain and suffering. The pain and suffering suffered by Plaintiff both in the past and to be incurred in the future.

Plaintiff has thus been damaged in an amount in excess of the minimum jurisdictional limits of this Court.

## VI. INTEREST

Plaintiff seeks pre- and post-judgment interest at the highest legal rate allowed by law.

## VII. JURY DEMAND

Plaintiff respectfully requests a jury trial.

## VIII. RULE 194.2 REQUIRED INITIAL DISCLOSURES

Defendant is requested to disclose the information and/or material required by Rule 194.2(b) and serve such answers within thirty (30) days after the filing of an answer or general appearance.

## IX. PRAYER

WHEREFORE, Plaintiff requests that Defendant be cited to appear and answer and that on final hearing, Plaintiff have final judgment against Defendant for an amount within the jurisdictional limits of the Court, together with pre- and post-judgment interest at the maximum lawful rate, costs of court, and for such other and further relief, at law or in equity, to which Plaintiff is justly entitled.

Respectfully submitted,

**DUKE SETH, P.L.L.C.**

/s/ Walker M. Duke
_____

WALKER M. DUKE
Texas Bar No. 24036505
wduke@dukeseth.com
325 N. St. Paul Street
Suite 2220
Dallas, Texas 75201
(214) 965-8100 Telephone
(214) 965-8101 Facsimile

**ATTORNEY FOR PLAINTIFF**